UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI-E JOHARI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendant. | NO. CV 19-05259-PSG(AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that

(1) Service of process on Officer Ossy and the other Defendants is quashed;

(2) Defendant's motion to dismiss is denied; and

(3) Plaintiff's motions for default judgment are denied.

The action is referred back to the Magistrate Judge for further proceedings.

DATED: 4/29/2020

PHILIP S. GUTIERREZ
United States District Judge