UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI-E JOHARI,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>    Defendant. | NO. CV 19-05259-PSG (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that:

(1) The City Defendants' motion to dismiss the federal claims is GRANTED IN PART AND DENIED IN PART as follows: (a) the motion to dismiss the fourth, sixth and seventh claims, and the recording portion of the eighth claim is denied; and (b) the motion to dismiss is granted with leave to amend all other claims (first, second, third, fifth, ninth, tenth, twelfth, thirteenth, fourteenth, and fifteenth claims);

(2) The City Defendants' motion to dismiss all state law claims against them is GRANTED with leave to amend;

(3) The official capacity claims against Defendants Hernandez, Martinez and Ossy are dismissed as redundant without leave to amend;

(4) The eighth (other than the recording portion), ninth, tenth, and eleventh claims against Defendant Ossy are dismissed with leave to amend;

(5) Plaintiff's motion for default judgment against Defendant Ossy is DENIED; and

(6) Plaintiff is granted leave to file a First Amended Complaint consistent with this Report within 30 days after entry of this order.

The action is referred back to the Magistrate Judge for further proceedings.

DATED: 12/11/2020

PHILIP S. GUTIERREZ
United States District Judge