| | |
|---|---|
| 1 | MICHAEL FEUER, City Attorney (SBN: 111529) |
| | KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289) |
| 2 | SCOTT MARCUS, Chief, Civil Litigation Branch (SBN 184980) |
| | GABRIEL S. DERMER, Assistant City Attorney (SBN 229424) |
| 3 | **DORA A. GONZALEZ,** Deputy City Attorney (SBN: 210947) |
| 4 | 200 N. Main Street, City Hall East, Room 675 |
| | Los Angeles, CA 90012 |
| 5 | Telephone (213) 978-7561 |
| 6 | Facsimile (213) 978-7011 |
| 7 | dora.gonzalez@lacity.org |
| 8 | Attorneys for Defendants |
| 9 | CITY OF LOS ANGELES, ERIC GARCETTI |
| | GUSTAVO MARTINEZ, MARCOS HERNANDEZ-MARTINEZ |
| 10 | |
| 11 | SAI-E JOHARI |
| 12 | P.O. Box 13681 |
| | Los Angeles, CA  90013 |
| 13 | 213-909-3387 |
| 14 | TrueLightWarrior@yahoo.com |
| 15 | Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAI-E JOHARI, | Case No.:  2:19-cv-05259-PSG-AGR |
| Plaintiff, | Complaint Filed: June 17, 2019 |
| vs. | [Hon. Phillip S. Gutierrez] |
| CITY OF LOS ANGELES; MAYOR ERIC GARCETTI;  PARKING VIOLATIONS BUREAU OFFICER HERNANDEZ; PARKING VIOLATIONS BUREAU OFFICER MARTINEZ; PARKING VIOLATIONS BUREAU OFFICER OSSY, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Concurrently filed with Proposed Order to Dismiss]** |
| Defendants. | |

The parties to this action, Defendants acting through counsel and Plaintiff acting pro se, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

It is so stipulated.

DATED: March 23, 2021

MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney
SCOTT MARCUS, Chief, Civil Litigation Branch
GABRIEL S. DERMER, Assistant City Attorney
DORA A. GONZALEZ, Deputy City Attorney

By: */s/ Dora A. Gonzalez*
DORA A. GONZALEZ, Deputy City Attorney
Attorneys for Defendants, CITY OF LOS ANGELES, ERIC GARCETTI, GUSTAVO MARTINEZ, and MARCOS HERNANDEZ-MARTINEZ

DATED: March 23, 2021

SAI-E JOHARI, Plaintiff in Propria Persona

By: */s/ Sai-E Johari*
SAI-E JOHARI, Plaintiff

# SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature. Specifically, Plaintiff in Propria Persona Sai-E Johari, irrevocably consents to application of his electronic signature on the stipulation for dismissal pursuant to FRCP 41 (a)(1)(A)(ii) and authorizes Defendants' attorneys of record to execute and deliver to the Court the Stipulated Dismissal Request with Prejudice, so that the same may be filed with the Court in accordance with the Settlement Agreement, paragraph 4.

Dated: March 23, 2021        Joint Stipulation for Dismissal with Prejudice

By:   */s/ Dora A. Gonzalez*
DORA A. GONZALEZ, Deputy City Attorney
Attorneys for Defendants,
CITY OF LOS ANGELES for its DEPARTMENT OF TRANSPORTATION and ERIC GARCETTI